[No. 68455-8-I.   Division One.   April 29, 2013.]

*In the Matter of the Marriage of* C. MICHAEL RIDDELL, *Appellant*, and DEBORAH RHEA RIDDELL, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 10-3-08340-9, Palmer Robinson, J., entered March 7, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Lau, JJ.

[No. 68506-6-I.   Division One.   April 29, 2013.]

SANDRA SMITH ET AL., *Appellants*, v. FOOD PAVILION, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 10-2-01191-1, Susan K. Cook, J., entered March 5, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 68566-0-I.   Division One.   April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. C.O., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-8-01622-8, Bruce W. Hilyer, J., entered March 7, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Verellen, JJ.

[No. 68595-3-I.   Division One.   April 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. E.B., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-8-02235-0, Bruce W. Hilyer, J., entered April 11, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Grosse and Appelwick, JJ.